LAW OFFICES OF J. PATRICK RAGAN, APLC
J. PATRICK RAGAN (SBN 135703)
JONATHAN V. KAARIA (SBN 323134)
1881 S. Business Center Drive, Suite 7B
San Bernardino, California 92408
Telephone:  (909) 890-4039
Facsimile:   (909) 890-4069
Email:        jpr@jpraplclaw.com; jvkaaria@jpraplclaw.com

Attorneys for Plaintiffs Venture Recycling Group, Inc. and Jason Fogle

GREENBERG TRAURIG, LLP
JORDAN D. GROTZINGER (SBN 190166)
SHELLEE E. LINDSTEDT (SBN 307945)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800
Email:        grotzingerj@gtlaw.com; lindstedts@gtlaw.com

Attorneys for Defendant JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VENTURE RECYCLING GROUP, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business of form unknown; and DOES 1 through 50, inclusive;<br><br>Defendants. | CASE NO. 2:19-cv-2253 MWF (KSx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Lodged with Proposed Order] |

TO THIS HONORABLE COURT:

Plaintiffs Venture Recycling Group, Inc. ("Venture") and Defendant JPMorgan Chase Bank, N.A. ("Chase") stipulate as follows:

This action, in its entirety, has been resolved, and the settlement has been formalized in writing(s) signed by the parties.

The parties request that the action be dismissed with prejudice. All parties shall bear their own costs of suit and attorneys' fees.

**IT IS SO STIPULATED AND REQUESTED.**

Dated:  October 27, 2020				LAW OFFICES OF J. PATRICK RAGAN, APLC


						By:	  */s/ J. Patrick Ragan*
							J. Patrick Ragan
							Attorneys for Plaintiff
							Venture Recycling Group, Inc.


Dated:  October 27, 2020				GREENBERG TRAURIG, LLP


						By:	  */s/ Jordan D. Grotzinger*
							Jordan D. Grotzinger
							Attorneys for Defendant
							JPMorgan Chase Bank, N.A.


## ECF CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Jordan D. Grotzinger, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

						By: */s/ J. Patrick Ragan*
							J. Patrick Ragan