JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VENTURE RECYCLING GROUP, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business of form unknown; and DOES 1 through 50, inclusive;<br><br>Defendants. | CASE NO. 2:19-cv-2253 MCS (KSx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

The parties having stipulated, and good cause appearing,

**IT IS ORDERED:**

The entire action is dismissed with prejudice.  All parties shall bear their own costs and attorneys' fees.

Dated: October 27, 2020

_____

Hon. Mark C. Scarsi
U.S. District Court Judge